ELIZABETH A. VALENTINE, Appellant, *v.* JNO. WILLIAMS, INCORPORATED, et al., Respondents.

*Valentine* v. *Williams*, 179 App. Div. 884, affirmed.

(Argued February 27, 1918; decided March 19, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 3, 1917, affirming a judgment in favor of defendants entered upon an order of Special Term granting a motion by defendants for judgment on the pleadings. The former wife of the defendant Valentine sought

a decree in equity that the defendant Valentine be restrained from receiving for the time being more than one-half of his salary, and that the defendant Jno. Williams, Incorporated, be enjoined from paying its employee more than one-half of his salary during the same time, until there has been accumulated a sum sufficient to satisfy the amount due the plaintiff for accrued alimony under a judgment of divorce heretofore secured; and that thereafter the defendant Jno. Williams, Incorporated, be compelled to withhold from the salary of its employee the sum of twelve dollars per week, and pay the same to the plaintiff. The foundation for this demand was a judgment of divorce with twelve dollars per week alimony allowed; service of a copy of the judgment upon the defendant Valentine; non-payment of alimony; return of execution unsatisfied; punishment of the defendant Valentine for contempt in failing to pay, and commitment to the county jail in consequence and discharge therefrom by virtue of provisions of statute. The Special Term held that the plaintiff was limited to garnishee proceedings under section 1391 of the Code of Civil Procedure.

*A. Walker Otis* for appellant.

*Ignatius A. Scannell* and *John K. M. Ewing* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, CARDOZO, POUND and ANDREWS, JJ.